# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| VAL A RAND, Jr. | § | Case No. 15-30845 |
| ROBERTA M RAND | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/09/2015 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $   321,440.96

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 17,105.62 |
| Bank service fees | 6,679.33 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]        $ | 297,656.01 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/13/2017 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 19,322.05 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 19,322.05 , for a total compensation of $ 19,322.05 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 46.23 , for total expenses of $ 46.23 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/12/2018                By:/s/Peter N. Metrou, Trustee
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-30845 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | VAL A RAND, Jr. | | | | Date Filed (f) or Converted (c): | 09/09/2015 (f) |
| | ROBERTA M RAND | | | | 341(a) Meeting Date: | 10/06/2015 |
| For Period Ending: | 02/12/2018 | | | | Claims Bar Date: | 01/13/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. EDWARD JONES -- ROBERTA LIVING TRUST LOCATION: IN | 114,411.00 | 114,411.00 | | 0.00 | FA |
| 2. EDWARD JONES ACCT 55-1-7 LOCATION: IN DEBTOR'S POS | 65,176.00 | 64,023.61 | | 64,023.61 | FA |
| 3. EDWARD JONES ASSETS -- VAL LIVING TRUST LOCATION: | 90,039.00 | 109,033.64 | | 109,033.64 | FA |
| 4. FIRST COMMUNITY BANK ACCT # 0338 LOCATION: IN DEBT | 2,056.00 | 0.00 | | 0.00 | FA |
| 5. FIRST MIDWEST BANK ACCT # 0481 LOCATION: IN DEBTOR | 379.00 | 0.00 | | 0.00 | FA |
| 6. FURINTURE -- USED, INCLUDING BUT NOT LIMITED TO LI | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. OIL PAINTINGS LOCATION: IN DEBTOR'S POSSESSION | 250.00 | 0.00 | | 0.00 | FA |
| 8. DEBTOR'S CLOTHES LOCATION: IN DEBTOR'S POSSESSION | 750.00 | 0.00 | | 0.00 | FA |
| 9. WEDDING JEWELRY LOCATION: IN DEBTOR'S POSSESSION | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. AIG ADJUSTABLE LIFE POLICY -- VAL LOCATION: IN DEB | 4,577.00 | 0.00 | | 0.00 | FA |
| 11. EDWARD JONES IRA -- VAL RAND LOCATION: IN DEBTOR'S | 470,024.00 | 0.00 | | 0.00 | FA |
| 12. EDWARD JONES IRA -- ROBERTA LOCATION: IN DEBTOR'S | 117,841.00 | 0.00 | | 0.00 | FA |
| 13. 2013 CHRYSER 200 (BOBBIE) LOCATION: IN DEBTOR'S PO | 12,000.00 | 0.00 | | 0.00 | FA |
| 14. 2013 CHRYSLER 200 CONVERTIBLE (VAL) LOCATION: IN D | 18,500.00 | 0.00 | | 0.00 | FA |
| 15. Xenia Hotels and Resorts 1,919 shares REIT Fund (u) | 29,418.00 | 29,418.00 | | 0.00 | FA |
| 16. IvenTrust Properties - Interest in REIT Funds (u) | 67,415.73 | 67,415.73 | | 0.00 | FA |
| 17. MetLife Insurance Invest. Annuity - Held in Robert'as Living (u) | 114,799.00 | 114,799.00 | | 110,612.66 | FA |
| 18. MetLife Insurance Invest. Annuity - Held in Val's Living (u) | 32,635.99 | 32,635.99 | | 37,771.05 | FA |

|  |  |  | Gross Value of Remaining Assets |  |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,144,271.72 | $531,736.97 | $321,440.96 | Exhibit A $0.00 |
|  |  |  | (Total Dollar Amount in Column 6) |  |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigation into various bank accounts, retirement accounts and investment accounts 11/5/2015.  Collection/liquidation of two investment accounts.  3/8/2016. Motion for Turnover entered on 12/21/2015 see Dkt# 29.  Motion to employ counsel entered on 8/22/2016 see Dkt# 70.  Motion for 2004 exam entered on 8/22/2016 see Dkt#69.  Investigation into assets continues. 8/29/16 Status -- counsel is issue 2004 discovery.  Extend 727 objection deadline today to 10-31-2016. 1-14-2017-counsel for the estate filed motions to ext. 727 and exemption deadlines. 12-9-2016 email from counsel for the estate.  still in discovery stages on retirement and investment accounts. 1-20-2017 mots for ext on 727 obj and exemptions obj granted to 3-10-2017. 2-7-2017 email status report from Atty Ariane H.  Investigation into bringing fraudulent transfer still in progress. Liquidation of Insurance Policy 8/29/2017 held in living trust. Liquidation of second in insurance policy held in living trust 9/12/2017. 10/20/2017 employment of Accountant granted commence working on final tax returns.

RE PROP #    15  --  Listed on Amended Schedules Dkt#54
RE PROP #    17  --  Listed on Amended Petition Dkt#54
RE PROP #    18  --  Listed on Amended Petition Dkt#54

Initial Projected Date of Final Report (TFR): 02/01/2017        Current Projected Date of Final Report (TFR): 02/28/2018

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 15-30845  
Case Name: VAL A RAND, Jr.  
ROBERTA M RAND  
Trustee Name: Peter N. Metrou, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX5587  
Checking Account (Non-Interest Earn  

Taxpayer ID No: XX-XXX3531  
For Period Ending: 02/12/2018  
Blanket Bond (per case limit): $1,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/08/16 | 3 | VAL RAND TRUSTEE 3180 Theodore StreetJoliet, IL 60435-0000 | Liquidation of Edward Jones Acct | 1141-000 | $109,033.64 | | $109,033.64 |
| 03/08/16 | 2 | VAL & ROBERTA RAND 3180 Theodore St., Suite 102Joliet, IL 60435-0000 | Liquidation of Edward Jones Acct | 1141-000 | $64,023.61 | | $173,057.25 |
| 03/17/16 | 5001 | ARTHUR B. LEVINE COMPANY 370 Lexington Avenue, Suite 1101New York, NY 10017 | Chapter 7 Bankruptcy Bond Premium Bond Number 10BSBGR6291 | 2300-000 | | $95.83 | $172,961.42 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $199.12 | $172,762.30 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $248.55 | $172,513.75 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $256.47 | $172,257.28 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $247.84 | $172,009.44 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $255.74 | $171,753.70 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $255.33 | $171,498.37 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $246.76 | $171,251.61 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $254.60 | $170,997.01 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $246.03 | $170,750.98 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*    Page Subtotals:    $173,057.25    $2,306.27

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: 15-30845 | Trustee Name: Peter N. Metrou, Trustee | |
| Case Name: VAL A RAND, Jr. | Bank Name: Associated Bank | |
| ROBERTA M RAND | Account Number/CD#: XXXXXX5587 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX3531 | Blanket Bond (per case limit): $1,000,000.00 | |
| For Period Ending: 02/12/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $253.86 | $170,497.12 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $253.51 | $170,243.61 |
| 02/07/17 | 5002 | LTD. International Sureties 701 Poydras St. New Orleans, LA 70139 | Bond Payment | 2300-000 | | $96.59 | $170,147.02 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $228.55 | $169,918.47 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $252.62 | $169,665.85 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $244.11 | $169,421.74 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $251.86 | $169,169.88 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $243.40 | $168,926.48 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $251.18 | $168,675.30 |
| 08/29/17 | 17 | Brighthouse Life Insurance Co. P.O. Box 295 Des Moines, IA 50306-0295 | Court Approved settlement See dckt #103 | 1241-000 | $110,612.66 | | $279,287.96 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $266.68 | $279,021.28 |
| 09/12/17 | 18 | Jackson National Life Ins. Co. Chicago, IL 0710 | Court Approved settlement See dckt# 103 court order | 1241-000 | $37,771.05 | | $316,792.33 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $435.83 | $316,356.50 |

| UST Form 101-7-TFR (5/1/2011) *(Page: 6)* | Page Subtotals: | $148,383.71 | $2,778.19 |
|---|---|---|---|

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-30845 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: VAL A RAND, Jr. | Bank Name: Associated Bank |
| ROBERTA M RAND | Account Number/CD#: XXXXXX5587 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX3531 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 02/12/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/23/17 | 5003 | FactorLaw<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Attorneys fees<br>See dckt# 106 | 3210-000 | | $16,567.50 | $299,789.00 |
| 10/23/17 | 5004 | FactorLaw<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Attorneys Expenses<br>See Dckt# 106 | 3220-000 | | $219.13 | $299,569.87 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $469.50 | $299,100.37 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $430.35 | $298,670.02 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $444.04 | $298,225.98 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $443.40 | $297,782.58 |
| 02/08/18 | 5005 | International Sureties Ltd.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Bond Payment | 2300-000 | | $126.57 | $297,656.01 |

| | | |
|---|---|---|
| COLUMN TOTALS | $321,440.96 | $23,784.95 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $321,440.96 | $23,784.95 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $321,440.96 | $23,784.95 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*      Page Subtotals:      $0.00      $18,700.49

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5587 - Checking Account (Non-Interest Earn | $321,440.96 | $23,784.95 | $297,656.01 |
| | $321,440.96 | $23,784.95 | $297,656.01 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $321,440.96 |
| Total Gross Receipts: | $321,440.96 |

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-30845
Case Name: VAL A RAND, Jr.
    ROBERTA M RAND
Trustee Name: Peter N. Metrou, Trustee

| | | |
|---|---|---|
| Balance on hand | $ | 297,656.01 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 19,322.05 | $ 0.00 | $ 19,322.05 |
| Trustee Expenses: Peter N. Metrou | $ 46.23 | $ 0.00 | $ 46.23 |
| Attorney for Trustee Fees: FactorLaw | $ 16,567.50 | $ 16,567.50 | $ 0.00 |
| Attorney for Trustee Expenses: FactorLaw | $ 219.13 | $ 219.13 | $ 0.00 |
| Accountant for Trustee Fees: Kutchins Robbins & Diamond Ltd. | $ 969.00 | $ 0.00 | $ 969.00 |
| Other: ARTHUR B. LEVINE COMPANY | $ 95.83 | $ 95.83 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 20,337.28 |
| Remaining Balance | $ 277,318.73 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,401,388.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | HALLMARK MARKETING COMPANY, LLC | $ 2,136,666.58 | $ 0.00 | $ 174,204.66 |
| 2 | SUMMITBRIDGE CREDIT INVESTMENTS IV LLC | $ 1,192,490.77 | $ 0.00 | $ 97,225.02 |
| 3 | DISCOVER BANK | $ 10,438.25 | $ 0.00 | $ 851.04 |
| 4 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 55,565.11 | $ 0.00 | $ 4,530.28 |
| 5 | CAPITAL ONE BANK (USA), N.A. | $ 6,227.35 | $ 0.00 | $ 507.73 |
| | Total to be paid to timely general unsecured creditors | | | $ 277,318.73 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE