UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

In Re: §
§
§
VAL A RAND, Jr. § Case No. 15-30845
ROBERTA M RAND §
§
Debtors §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 250,756.73                    Assets Exempt: 590,865.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 277,318.73    Claims Discharged
                                                Without Payment: 6,363,049.23

Total Expenses of Administration: 44,122.23

---

   3) Total gross receipts of $ 321,440.96  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 321,440.96  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 33,703.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 44,122.23 | 44,122.23 | 44,122.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 4,955,402.70 | 3,401,388.06 | 3,401,388.06 | 277,318.73 |
| **TOTAL DISBURSEMENTS** | $ 4,989,105.70 | $ 3,445,510.29 | $ 3,445,510.29 | $ 321,440.96 |

4) This case was originally filed under chapter 7 on 09/09/2015 . The case was pending for 35 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/17/2018          By:/s/Peter N. Metrou, Trustee
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| EDWARD JONES ACCT 55-1-7 LOCATION: IN DEBTOR'S POS | 1141-000 | 64,023.61 |
| EDWARD JONES ASSETS -- VAL LIVING TRUST LOCATION: | 1141-000 | 109,033.64 |
| MetLife Insurance Invest. Annuity - Held in Robert'as Living | 1241-000 | 110,612.66 |
| MetLife Insurance Invest. Annuity - Held in Val's Living | 1241-000 | 37,771.05 |
| **TOTAL GROSS RECEIPTS** | | **$321,440.96** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 1 Ally POB 380901 Minneapolis MN 55438 | | 19,553.00 | NA | NA | 0.00 |
| | Creditor # : 2 Ally POB 380901 Minneapolis MN 55438 | | 14,150.00 | NA | NA | 0.00 |
| | Representing: Hallmark Marketing Corporation | | 0.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 33,703.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 19,322.05 | 19,322.05 | 19,322.05 |
| Peter N. Metrou | 2200-000 | NA | 46.23 | 46.23 | 46.23 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 95.83 | 95.83 | 95.83 |
| International Sureties Ltd. | 2300-000 | NA | 126.57 | 126.57 | 126.57 |
| LTD. International Sureties | 2300-000 | NA | 96.59 | 96.59 | 96.59 |
| Associated Bank | 2600-000 | NA | 6,679.33 | 6,679.33 | 6,679.33 |
| FactorLaw | 3210-000 | NA | 16,567.50 | 16,567.50 | 16,567.50 |
| FactorLaw | 3220-000 | NA | 219.13 | 219.13 | 219.13 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Kutchins Robbins & Diamond Ltd. | 3410-000 | NA | 969.00 | 969.00 | 969.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 44,122.23 | $ 44,122.23 | $ 44,122.23 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :2 Chase Bank USA 800 Brooksedge Blvd Westerville OH 43081 | | 29,679.98 | NA | NA | 0.00 |
| | Creditor # :3 Chase Bank USA 800 Brooksedge Blvd Westerville OH 43081 | | 44,059.00 | NA | NA | 0.00 |
| | Creditor # :4 Chase Bank USA POB 15548 Wilmington DE 19886 | | 29,414.01 | NA | NA | 0.00 |
| | Creditor # :6 Discover Card POB 30943 Salt Lake City UT 84130-0000 | | 10,438.00 | NA | NA | 0.00 |
| | Creditor # :7 Gary Watland c/o Eric Zelazny | | 1,700,000.00 | NA | NA | 0.00 |
| | Creditor # :8 Summitbridge Credit Investments IV LLC 1700 Lincoln Street Suite 2150 Denver CO 80203 | | 1,391,685.91 | NA | NA | 0.00 |
| | Representing: Capital One Bank | | 0.00 | NA | NA | 0.00 |
| | Representing: CitiBank | | 0.00 | NA | NA | 0.00 |
| | Representing: CitiBank | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 5,086.02 | 6,227.35 | 6,227.35 | 507.73 |
| 3 | DISCOVER BANK | 7100-000 | 0.00 | 10,438.25 | 10,438.25 | 851.04 |
| 1 | HALLMARK MARKETING COMPANY, LLC | 7100-000 | 1,697,904.78 | 2,136,666.58 | 2,136,666.58 | 174,204.66 |
| 4 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | 47,135.00 | 55,565.11 | 55,565.11 | 4,530.28 |
| 2 | SUMMITBRIDGE CREDIT INVESTMENTS IV LLC | 7100-000 | 0.00 | 1,192,490.77 | 1,192,490.77 | 97,225.02 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 4,955,402.70 | $ 3,401,388.06 | $ 3,401,388.06 | $ 277,318.73 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-30845 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | VAL A RAND, Jr. | | | | Date Filed (f) or Converted (c): | 09/09/2015 (f) |
| | ROBERTA M RAND | | | | 341(a) Meeting Date: | 10/06/2015 |
| For Period Ending: | 07/17/2018 | | | | Claims Bar Date: | 01/13/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. EDWARD JONES -- ROBERTA LIVING TRUST LOCATION: IN | 114,411.00 | 114,411.00 | | 0.00 | FA |
| 2. EDWARD JONES ACCT 55-1-7 LOCATION: IN DEBTOR'S POS | 65,176.00 | 64,023.61 | | 64,023.61 | FA |
| 3. EDWARD JONES ASSETS -- VAL LIVING TRUST LOCATION: | 90,039.00 | 109,033.64 | | 109,033.64 | FA |
| 4. FIRST COMMUNITY BANK ACCT # 0338 LOCATION: IN DEBT | 2,056.00 | 0.00 | | 0.00 | FA |
| 5. FIRST MIDWEST BANK ACCT # 0481 LOCATION: IN DEBTOR | 379.00 | 0.00 | | 0.00 | FA |
| 6. FURINTURE -- USED, INCLUDING BUT NOT LIMITED TO LI | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. OIL PAINTINGS LOCATION: IN DEBTOR'S POSSESSION | 250.00 | 0.00 | | 0.00 | FA |
| 8. DEBTOR'S CLOTHES LOCATION: IN DEBTOR'S POSSESSION | 750.00 | 0.00 | | 0.00 | FA |
| 9. WEDDING JEWELRY LOCATION: IN DEBTOR'S POSSESSION | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. AIG ADJUSTABLE LIFE POLICY -- VAL LOCATION: IN DEB | 4,577.00 | 0.00 | | 0.00 | FA |
| 11. EDWARD JONES IRA -- VAL RAND LOCATION: IN DEBTOR'S | 470,024.00 | 0.00 | | 0.00 | FA |
| 12. EDWARD JONES IRA -- ROBERTA LOCATION: IN DEBTOR'S | 117,841.00 | 0.00 | | 0.00 | FA |
| 13. 2013 CHRYSER 200 (BOBBIE) LOCATION: IN DEBTOR'S PO | 12,000.00 | 0.00 | | 0.00 | FA |
| 14. 2013 CHRYSLER 200 CONVERTIBLE (VAL) LOCATION: IN D | 18,500.00 | 0.00 | | 0.00 | FA |
| 15. Xenia Hotels and Resorts 1,919 shares REIT Fund (u) | 29,418.00 | 29,418.00 | | 0.00 | FA |
| 16. IvenTrust Properties - Interest in REIT Funds (u) | 67,415.73 | 67,415.73 | | 0.00 | FA |
| 17. MetLife Insurance Invest. Annuity - Held in Robert'as Living (u) | 114,799.00 | 114,799.00 | | 110,612.66 | FA |
| 18. MetLife Insurance Invest. Annuity - Held in Val's Living (u) | 32,635.99 | 32,635.99 | | 37,771.05 | FA |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

|  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,144,271.72 | $531,736.97 | $321,440.96 |
|  |  |  | $0.00 |
|  |  |  | (Total Dollar Amount in Column 6) |

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigation into various bank accounts, retirement accounts and investment accounts 11/5/2015. Collection/liquidation of two investment accounts. 3/8/2016. Motion for Turnover entered on 12/21/2015 see Dkt# 29. Motion to employ counsel entered on 8/22/2016 see Dkt# 70. Motion for 2004 exam entered on 8/22/2016 see Dkt#69. Investigation into assets continues. 8/29/16 Status -- counsel is issue 2004 discovery. Extend 727 objection deadline today to 10-31-2016. 1-14-2017-counsel for the estate filed motions to ext. 727 and exemption deadlines. 12-9-2016 email from counsel for the estate. still in discovery stages on retirement and investment accounts. 1-20-2017 mots for ext on 727 obj and exemptions obj granted to 3-10-2017. 2-7-2017 email status report from Atty Ariane H.  Investigation into bringing fraudulent transfer still in progress. Liquidation of Insurance Policy 8/29/2017 held in living trust. Liquidation of second in insurance policy held in living trust 9/12/2017. 10/20/2017 employment of Accountant granted commence working on final tax returns.

| RE PROP # | 15 | -- | Listed on Amended Schedules Dkt#54 |
| RE PROP # | 17 | -- | Listed on Amended Petition Dkt#54 |
| RE PROP # | 18 | -- | Listed on Amended Petition Dkt#54 |

Initial Projected Date of Final Report (TFR): 02/01/2017     Current Projected Date of Final Report (TFR): 02/28/2018

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-30845 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: VAL A RAND, Jr. | Bank Name: Associated Bank |
| ROBERTA M RAND | Account Number/CD#: XXXXXX5587 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX3531 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 07/17/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/08/16 | 3 | VAL RAND TRUSTEE<br>3180 Theodore StreetJoliet, IL 60435-0000 | Liquidation of Edward Jones Acct | 1141-000 | $109,033.64 | | $109,033.64 |
| 03/08/16 | 2 | VAL & ROBERTA RAND<br>3180 Theodore St., Suite 102Joliet, IL 60435-0000 | Liquidation of Edward Jones Acct | 1141-000 | $64,023.61 | | $173,057.25 |
| 03/17/16 | 5001 | ARTHUR B. LEVINE COMPANY<br>370 Lexington Avenue, Suite 1101New York, NY 10017 | Chapter 7 Bankruptcy Bond Premium Bond Number 10BSBGR6291 | 2300-000 | | $95.83 | $172,961.42 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $199.12 | $172,762.30 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $248.55 | $172,513.75 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $256.47 | $172,257.28 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $247.84 | $172,009.44 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $255.74 | $171,753.70 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $255.33 | $171,498.37 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $246.76 | $171,251.61 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $254.60 | $170,997.01 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $246.03 | $170,750.98 |

Page Subtotals: $173,057.25  $2,306.27

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 15-30845 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: VAL A RAND, Jr. | Bank Name: | Associated Bank |
| ROBERTA M RAND | Account Number/CD#: | XXXXXX5587 |
| | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX3531 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: 07/17/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $253.86 | $170,497.12 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $253.51 | $170,243.61 |
| 02/07/17 | 5002 | LTD. International Sureties 701 Poydras St. New Orleans, LA 70139 | Bond Payment | 2300-000 | | $96.59 | $170,147.02 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $228.55 | $169,918.47 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $252.62 | $169,665.85 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $244.11 | $169,421.74 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $251.86 | $169,169.88 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $243.40 | $168,926.48 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $251.18 | $168,675.30 |
| 08/29/17 | 17 | Brighthouse Life Insurance Co. P.O. Box 295 Des Moines, IA 50306-0295 | Court Approved settlement See dckt #103 | 1241-000 | $110,612.66 | | $279,287.96 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $266.68 | $279,021.28 |
| 09/12/17 | 18 | Jackson National Life Ins. Co. Chicago, IL 0710 | Court Approved settlement See dckt# 103 court order | 1241-000 | $37,771.05 | | $316,792.33 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $435.83 | $316,356.50 |
| | | | Page Subtotals: | | $148,383.71 | $2,778.19 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-30845 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | VAL A RAND, Jr. | Bank Name: | Associated Bank |
| | ROBERTA M RAND | Account Number/CD#: | XXXXXX5587 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX3531 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 07/17/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/23/17 | 5003 | FactorLaw<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Attorneys fees<br>See dckt# 106 | 3210-000 | | $16,567.50 | $299,789.00 |
| 10/23/17 | 5004 | FactorLaw<br>105 W. Madison, Suite 1500<br>Chicago, IL 60602 | Attorneys Expenses<br>See Dckt# 106 | 3220-000 | | $219.13 | $299,569.87 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $469.50 | $299,100.37 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $430.35 | $298,670.02 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $444.04 | $298,225.98 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $443.40 | $297,782.58 |
| 02/08/18 | 5005 | International Sureties Ltd.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Bond Payment | 2300-000 | | $126.57 | $297,656.01 |
| 05/09/18 | 5006 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Distribution | | | $19,368.28 | $278,287.73 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order.    ($19,322.05) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order.    ($46.23) | 2200-000 | | | |
| 05/09/18 | 5007 | Kutchins Robbins & Diamond Ltd.<br>1101 Perimeter Drive<br>Suite 760<br>Schaumburg, IL 60173 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $969.00 | $277,318.73 |

Page Subtotals: $0.00     $39,037.77

UST Form 101-7-TDR (10/1/2010) (Page: 12)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-30845 | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | VAL A RAND, Jr. ROBERTA M RAND | Bank Name: | Associated Bank |
|  |  | Account Number/CD#: | XXXXXX5587 |
|  |  |  | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX3531 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 07/17/2018 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/09/18 | 5008 | HALLMARK MARKETING COMPANY, LLC<br>C/O ROBERT A. KUMIN, P.C.<br>6901 SHAWNEE MISSION PARKWAY, SUITE 250<br>OVERLAND PARK, KS 66202 | Final distribution to claim 1 representing a payment of 8.15 % per court order. | 7100-000 |  | $174,204.66 | $103,114.07 |
| 05/09/18 | 5009 | SUMMITBRIDGE CREDIT INVESTMENTS IV LLC<br>C/O MARK A. SILVERMAN<br>LOWIS & GELLEN LLP<br>200 W. ADAMS ST., SUITE 1900<br>CHICAGO, IL 60606 | Final distribution to claim 2 representing a payment of 8.15 % per court order. | 7100-000 |  | $97,225.02 | $5,889.05 |
| 05/09/18 | 5010 | DISCOVER BANK<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final distribution to claim 3 representing a payment of 8.15 % per court order. | 7100-000 |  | $851.04 | $5,038.01 |
| 05/09/18 | 5011 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Final distribution to claim 4 representing a payment of 8.15 % per court order. | 7100-000 |  | $4,530.28 | $507.73 |
| 05/09/18 | 5012 | CAPITAL ONE BANK (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final distribution to claim 5 representing a payment of 8.15 % per court order. | 7100-000 |  | $507.73 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $321,440.96 | $321,440.96 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $321,440.96 | $321,440.96 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $321,440.96 | $321,440.96 |

|  |  |  |
|---|---:|---:|
| Page Subtotals: | $0.00 | $277,318.73 |

UST Form 101-7-TDR (10/1/2010) (Page: 13)

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5587 - Checking Account (Non-Interest Earn | $321,440.96 | $321,440.96 | $0.00 |
| | $321,440.96 | $321,440.96 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $321,440.96 |
| Total Gross Receipts: | $321,440.96 |

Page Subtotals:  $0.00  $0.00